United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

BYRON P. SHIELDS,

        Plaintiff.
                                       /

No. C 13-3006 WHA (PR)

**JUDGMENT**

    Pursuant to the order of dismissal, judgment is entered against plaintiff. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: September  24 , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE